UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:99-CR-49-2-F
No. 7:03-CV-24-F

| | | |
|---|---|---|
| JAMES LARRY BELLAMY,<br>　　Petitioner,<br><br>　　v.<br><br>UNITED STATES OF AMERICA,<br>　　Respondent. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | <u>ORDER</u> |

James Larry Bellamy seeks, again, a Certificate of Appealability of this court's denial of his § 2255 Motion [DE-288] for Relief from Judgment. This court previously has denied Bellamy's motion for a certificate, *see* August 10, 2010 Order [DE-293], and again finds that Bellamy has failed to make a substantial showing of the denial of a constitutional right, and that no reasonable jurist would find this court's assessment of Bellamy's constitutional claims debatable.

Therefore, it is ORDERED that James Larry Bellamy's most recent motion for Certificate of Appealability [DE-302] is DENIED.

SO ORDERED.

This the 15th day of November, 2010.

　　　　　　　　　　　　　　　　*James C. Fox*
　　　　　　　　　　　　　　　　JAMES C. FOX
　　　　　　　　　　　　　　　　Senior United States District Judge